**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONALD DISON, | ) Case No. EDCV 16-0872-PA (JPR) |
| Petitioner, | ) **J U D G M E N T** |
| v. | ) |
| WILLIAM L. MUNIZ, Warden, | ) |
| Respondent. | ) |

Under the Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Administratively Closing Case,

IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: May 5, 2016

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE